UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Joe Dean CRAWFORD,

Plaintiff,

v.

NATIONAL CITY, CALIFORNIA, et al.,

Defendants.

Case No.: 25-cv-3512-AGS-DDL

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2) AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**

Plaintiff Joe Crawford moves to proceed *in forma pauperis*, that is, without paying the usual $405 in court fees. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP status."); 28 U.S.C. § 1914(a) ("filing fee of $350"); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023) ("Administrative fee" of "$55"). Crawford is "homeless," and his only income is a "social security [b]enefit" (ECF 2, at 2), so he need not pay. *See Blount v. Saul*, No. 21-cv-0679-BLM, 2021 WL 1561453, at *1 (S.D. Cal. Apr. 21, 2021) ("[A] party need not be completely destitute to proceed IFP.").

Next, the Court must screen the complaint and dismiss it if it is "frivolous" or "fails to state a claim." 28 U.S.C. § 1915(e)(2)(B). Under several civil-rights statutes, Crawford alleges that the defense engaged in "defamatory" and "discriminat[ory]" behavior. (ECF 1, at 9, 11.) But his allegations are too conclusory to state a claim. He doesn't specify, for example, where the defense published "highly offensive" information "accusing him of arson and property damage." (*See id.* at 8, 11.) Nor does he specify why or how he believes the defense engaged in "discrimination" regarding his "rent[al] contract." (*See id.* at 11.) So, his allegations only amount to "conclusions" that do not "raise a right to relief above the speculative level," and his complaint must be dismissed. *See Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (cleaned up).

1

Crawford's request to proceed without payment is **GRANTED**, and his complaint is **DISMISSED with leave to amend**. Any amended complaint is due June 3, 2026.

Dated:  April 22, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

2