UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Joe Dean CRAWFORD,
Plaintiff,
vs.
NATIONAL CITY, CALIFORNIA, et al.,
Defendants.

Case No.: 25-cv-3512-AGS-DDL

**ORDER DENYING MOTIONS (ECF 22, 23, 24, 26, 27, 31)**

Since this case was closed, plaintiff has filed six more motions. Those motions are denied.

This Court previously dismissed plaintiff's complaint for failure to state a claim, but gave him leave to amend by "June 3, 2026." (*See* ECF 3, at 1–2.) The Court then granted plaintiff two extensions, pushing that deadline out to August. (ECF 5; ECF 13.) Yet the Court warned that it would "not grant any further extensions" "[a]bsent extenuating circumstances." (*See* ECF 13.) When plaintiff once again failed to file an amended complaint by the extended deadline, the Court denied his fourth extension request and dismissed this action "without prejudice." (ECF 19.) On August 11, 2026, the Clerk issued a judgment and closed the case. (ECF 20.) Since then, plaintiff filed six new motions.

Two of those recent motions—seeking judicial notice, sanctions, and an order to show cause (ECF 22; ECF 31)—must be denied out of hand. In general, "motions [cannot] be filed in a closed case." *Vizant Techs, LLC v. Whitchurch*, No. 16–1824, 2016 U.S. App. LEXIS 23570, *3 (3d Cir. Oct. 27, 2016). Rather, the "case must be reopened by order of the court before any motions can be filed." *Id*. This case is still closed, so those motions are denied.

The remaining four motions seek more time to file a notice of appeal (ECF 23–24; ECF 26–27) and are denied as moot. Plaintiff timely filed notice of appeal already. (*See* ECF 20 (judgment on August 11, 2026); ECF 21 (appeal notice on August 25, 2026).) The case is now on appeal.

The six currently pending motions are **DENIED**. The Clerk must mail plaintiff copies of the appellate Docketing Notice (ECF 28) and Time Schedule Order (ECF 29).

Dated: November 5, 2026

Hon. Andrew G. Schopler
United States District Judge